USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jane Doe, on behalf herself
John Doe, on behalf of himself,

                    Plaintiff,

                  -against-

MICHAEL BORGEN; in his official capacity as Acting
District Director of USCIS; UNITED STATES
CITIZENSHIP AND IMMIGRATION SERVICES;
DEPARTMENT OF HOMELAND SECURITY; JOSEPH
B. EDLOW, in his official capacity as Director of USCIS;
MARKWAYNE MULLEN, in his official capacity as
Secretary of Homeland Security,

                  Defendants.

1:26-cv-03718-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Plaintiffs' motions for leave to proceed under a pseudonym,

[ECF No. 19], and to file certain exhibits under seal.  [ECF No. 20].  IT IS HEREBY ORDERED

that Plaintiffs shall immediately serve copies of the Complaint, their motions at ECF Nos. 19 and

20, and this Order on Defendants.  IT IS FURTHER ORDERED that, by May 26, 2026,

Defendants shall respond to Plaintiffs' motions.

**SO ORDERED.**

**Date:   May 15, 2026**
      **New York, NY**
                            **MARY KAY VYSKOCIL**
                            **United States District Judge**