USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE, on behalf of herself and JOHN
DOE, on behalf of himself,

     Plaintiffs,

   v.

MICHAEL BORGEN, District Director of U.S.
Citizenship And Immigration Services, *et al.*,

     Defendants.

No. 26 Civ. 3718 (MKV)

**STIPULATION AND**
~~**[PROPOSED]**~~
**ORDER OF DISMISSAL**

WHEREAS, plaintiffs Jane Doe and John Doe filed this action on May 5, 2026, seeking an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate applications for immigration benefits (Form I-485 and Form I-130); and

WHEREAS, USCIS has approved the Form I-485 and Form I-130; now, therefore,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed with prejudice and without costs or fees to any party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: Chicago, Illinois
   May _29, 2026

   KAMELI LAW, P.C.


By:  /s/ Taher Kameli
   _____
   TAHER KAMELI, ESQ.
   P.O. Box 16680
   Chicago, Illinois 60616
   Telephone: (312) 233-1000
   E-mail: taher@kameli.com
   *Attorney for Plaintiffs*

Dated: New York, New York
   May 22, 2026

   JAY CLAYTON
   United States Attorney

   *Leslie A. Ramirez-Fisher*
By:  _____
   LESLIE A. RAMIREZ-FISHER
   Assistant United States Attorney
   86 Chambers Street, 3rd Floor
   New York, New York 10007
   Telephone: (212) 637-0378
   E-mail: leslie.ramirez-fisher@usdoj.gov
   *Attorney for Defendants*

SO ORDERED.


_____
HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE

**Granted. SO ORDERED.**

Date: 5/29/2026
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge